# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ERICA SULLIVAN

VERSUS

SHERIFF DANIEL EDWARDS;
ATLANTIC SPECIALTY INSURANCE
COMPANY; CORRECTHEALTH
TANGIPAHOA, LLC

NO. 2024 CW 1301

JANUARY 29, 2025

---

In Re:    Erica Sullivan, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          20212697.

---

BEFORE:   WOLFE, MILLER, AND GREENE, JJ.

   **WRIT GRANTED WITH ORDER.** The district court's November 22, 2024 judgment granting the dilatory exception of prematurity filed by defendant, CorrectHealth Tangipahoa, LLC, and dismissing plaintiff's claims against defendant, is an appealable judgment. See La. Code Civ. P. art. 1915(A)(1). Therefore, the writ is granted for the limited purpose of remanding the case to the district court with instructions to grant plaintiff, Erica Sullivan, an appeal pursuant to the pleading that notified the district court of plaintiff's intention to seek writs. See **In re Howard,** 541 So.2d 195, 197 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT